<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19th FLOOR)</u>

<u>WEDNESDAY, SEPTEMBER 7, 2022</u>

<u>Coram</u>: JORDAN, HARDIMAN and SMITH, Circuit Judges

<u>No. 21-2472</u>

CHARLES MACK,
    Appellant
v.
JOHN YOST, Warden;
TIM KUHN, Associate Warden; et al.

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| JESSICA L.G. MORAN<br>[Charles Mack]<br>(15 minutes per Court) | COURTNEY L. DIXON |
| MICHAEL SKOCPOL<br>[Amicus for Appellant]<br>(5 minutes per Court) | |
| (20 minutes Total Court Time) | (20 minutes Total Court Time) |

_____

<u>No. 20-1144</u>

JODY RIZZO
v.
FIRST RELIANCE STANDARD
LIFE INSURANCE CO; et al.

First Reliance Standard Life Inusurance Co.,
    Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| JOSHUA BACHRACH | GREGORY S. HEIZLER |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                    WEDNESDAY, SEPTEMBER 7, 2022

Coram: JORDAN, HARDIMAN and SMITH, Circuit Judges

No. 21-2057

JANE DOE I; JANE DOE II;
JANE DOE III; FRIENDS
OF FARMWORKERS, Inc., et al. e
v.
EUGENE SCALIA, in his
official capacity as United
States Secretary of Labor; et al.

Jane Doe I; Jane Doe III; Friends
of Farmworkers, Inc., d/b/a Justice at Work
in its capacity as Employee Representative.
Appellants

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| DAVID S. MURASKIN | AMY S. TRYON |
| (15 minutes per Court) | (15 minutes per Court) |